JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE S., <br>               Plaintiff, <br>    v. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br>              Defendant. | Case No. 2:18-cv-00872-KES <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: <u>September 12, 2019</u>

                                            /s/ Karen E. Scott
                                      KAREN E. SCOTT
                                      United States Magistrate Judge